IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Walter Reese,<br><br>   Petitioner,<br><br>vs.<br><br>Meg Savage, et al.,<br><br>   Respondents. | No. 04-0991-PHX-ROS<br><br>**ORDER** |

On May 14, 2004, Petitioner filed a petition for writ of habeas corpus. (Doc. 1) Respondents filed a response to the petition. (Doc. 10) On March 13, 2006, Magistrate Judge Jennifer C. Guerin issued a Report and Recommendation ("R&R") recommending that the petition be denied and the action dismissed. (Doc. 14) No objections were filed by either party.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). It is "clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original); Schmidt v. Johnstone, 263 F. Supp. 2d 1219, 1126 (D. Ariz. 2003) ("Following Reyna-Tapia, this Court concludes that *de novo* review of factual and legal issues is required if objections are made, 'but not otherwise.'"). District

1 courts are not required to conduct "any review at all . . . of any issue that is not the subject
2 of an objection." Thomas v. Arn, 474 U.S. 140, 149 (1985). No objection having been
3 made, the Court will adopt the R&R in full.

4 Accordingly,

5 **IT IS ORDERED** that the Report and Recommendation (Doc. 14) is **ADOPTED** and
6 the petition for writ of habeas corpus is **DENIED**. This action shall be **DISMISSED**.

DATED 5/25/06.

Roslyn O. Silver
United States District Judge

- 2 -